No. 21-30740

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee,*

v.

SEDRICK TASCO,
*Defendant-Appellant.*

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:19-CR-95-1

## UNOPPOSED MOTION TO DISMISS APPEAL

Appellant Sedrick Tasco moves this Honorable Court to dismiss his appeal pursuant to Federal Rule of Appellate Procedure 42(b) and Fifth Circuit Rule 42.1. His signed request is attached to this motion.

Assistant United States Attorney Patricia Jones does not oppose this motion to voluntarily dismiss Mr. Tasco's appeal.

WHEREFORE, Appellant Sedrick Tasco respectfully moves to dismiss his appeal.

                         Respectfully submitted,

                         /s/ Sara A. Johnson
                         SARA A. JOHNSON
                         700 Camp Street
                         New Orleans, Louisiana 70130
                         (504) 528-9500
                         sara@sarajohnsonlaw.com

## **CERTIFICATE OF SERVICE**

This certifies that the foregoing motion has been filed electronically with the Clerk for the United States Court of Appeals for the Fifth Circuit, which will automatically send a copy to all counsel of record by e-mail.

Dated: May 4, 2022.

                         */s/ Sara A. Johnson*
                         Sara A. Johnson

# CERTIFICATE OF COMPLIANCE WITH RULE 32(a)

Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1. This motion complies with the type-volume limitation of FED. R. APP. P. 32(a)(7)(B) because this brief contains 59 words, excluding the parts exempted by FED. R. APP. P. 32(a)(7)(B)(iii).

2. This motion complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook 14-point font.

　　　　　　　　　　　　　　　　*/s/ Sara A. Johnson*
　　　　　　　　　　　　　　　　Sara A. Johnson

Dated:  May 4, 2022.

No. 21-30740

IN THE
UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

SEDRICK TASCO,
*Defendant-Appellant*.

**APPELLANT'S DECISION REGARDING APPEAL**

I, Sedrick Tasco, have conferred with my court-appointed attorney regarding the above-captioned appeal. I understand that I have the right to appeal my judgment and sentence and to have the assistance of appointed counsel on appeal. I understand that I do not have to pay for the appeal. In light of that discussion and my intent to file, I hereby make the following decision regarding my appeal, and I authorize my attorney to file this document in the public records of the court:

[SELECT **ONE** CHOICE ONLY]

_____  I want this appeal to continue, and I ask my attorney to continue to pursue relief in the appeals court on my behalf.

__X__  I do **not** want to go forward with this appeal, and I instruct my attorney to file on my behalf a motion to dismiss the appeal.

_Sedrick Tasco_                                     _5-3-22_
Defendant-Appellant                                   Date